**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**LAS VEGAS DIVISION**

| | |
|---|---|
| In Re: | ) Case No: 2:22-cv-00829-JAD-BNW |
| Request for Judicial Assistance<br>from the People's Court of Da Nang City,<br>Vietnam in the Matter of *Van Hung Chi<br>Nguyen v. Hien Anna Vo* | ) <br> ) **ORDER** <br> ) <br> ) |

WHEREAS, the United States, by its counsel, on behalf of the People's Court of Da Nang City, Vietnam, in *Van Hung Chi Nguyen v. Hien Anna Vo*, Foreign Reference Number 06/TTTPDS-TA15, through its application pursuant to 28 U.S.C. § 1782, is seeking to obtain testimony from Hiena Anna Vo, for use in connection with a judicial proceeding in the People's Court of Da Nang City, Vietnam; and

WHEREAS upon review of the Letter of Request issued by the People's Court of Da Nang City, Vietnam in *Van Hung Chi Nguyen v. Hien Anna Vo,* seeking evidence from individuals who may be found within the jurisdiction of this Court for use in said judicial proceedings in Vietnam, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED AND ADJUDGED, under the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure that Katerina Ossenova, Senior Trial Counsel for the U.S. Department of Justice, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Hien Anna Vo in the form of a written affidavit for transmission to the Office of International Judicial Assistance, United States Department of Justice, for transmission to the

1

People's Court of Da Nang City, Vietnam in *Van Hung Chi Nguyen v. Hien Anna Vo*; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the U.S. Department of Justice must provide Hien Anna Vo in Las Vegas, Nevada with a copy of this Order and the accompanying documents.

_____
UNITED STATES DISTRICT JUDGE

DATED: ___May 26, 2022___